MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
STEPHEN McKESSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN McKESSON,<br><br>　　　　　Defendant. | Case No.: 2:08-CR-462 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE |

　　　　Defendant STEPHEN McKESSON, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Laurie Farris, hereby stipulate and agree to continue the status conference in the above-captioned case from Monday, December 15, 2008 at 10:00 a.m. to Monday, February 23, 2009 at 10:00 a.m.  The continuance is requested to allow the government and the defense to complete its investigation and engage in settlement negotiations.

Dated: December 9, 2008　　　　　　　The CHASTAINE LAW OFFICE

　　　　　　　　　　　　　　　　　　　　By: ____/s/ Michael Chastaine
　　　　　　　　　　　　　　　　　　　　　　MICHAEL CHASTAINE
　　　　　　　　　　　　　　　　　　　　　　Attorney for Stephen McKesson

Dated: December 9, 2008　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By: ___/s/ Laura Farris
　　　　　　　　　　　　　　　　　　　　　　Laura Farris
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

## **ORDER**

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for December 15, 2008 at 10:00 a.m. is continued to February 23, 2009 at 10:00 a.m. and that the period from December 15, 2008 to February 23, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: December 10, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE