Philip Cozens SBN# 84051
LAW OFFICE OF PHILIP COZENS
1007 Seventh Street, Suite 500
Sacramento, CA  95814
Telephone:  (916) 443-1504
Fax:  (916) 443-1511

Attorney for Defendant
SIERRA RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-0426 GEB |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| SIERRA RODRIGUEZ, | |
| Defendant | |
| UNITED STATES OF AMERICA, | Case No.: 2:08 CR 0462 GEB |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| STEPHEN McKESSON, | |
| Defendant. | |

Defendant Sierra Rodriguez, by and through her attorney, Philip Cozens, Defendant Stephen McKesson, by and through his attorney, Michael Chastaine, by and through Assistant United States Attorney Laura Ferris, hereby stipulate and agree to continue the status conference in the above-captioned cases from Friday, January 9, 2009 and 9:00 a.m. to Friday, February 20, 2009 at 9:00 a.m.  The continuance is requested to allow the government and the defense to complete its investigation and engage in settlement negotiations.

| | | |
|---|---|---|
| 1 | Dated: January 7, 2009 | The Law Office of Philip Cozen s |
| 2 | | By:_____/s/ Philip Cozens_____ |
| 3 | | Philip Cozens |
| | | Attorney for Sierra Rodriguez |

Dated: January 7, 2009                    The CHASTAINE LAW OFFICE

By:_____/S/ Michael Chastaine____
Michael Chastaine
Attorney for Stphen McKesson

Dated: January 7, 2009                    LAURENCE BROWN
United States Attorney
By: _____/s/ Laura Ferris_____
Laura Ferris
Assistant U.S. Attorney

## ORDER

**IT IS HEREBY ORDERED** that the status conference scheduled for January 9, 2009 at 9:00 a.m. is continued to February 20, 2009 at 9:00 a.m. and that the period from January 9, 2009 to February 20, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED: January 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION AND ORDER – RODRIGUEZ AND MCKESSON - 2