MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
STEPHEN McKESSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN McKESSON,<br><br>　　　　　Defendant. | Case No.: 2:08 CR 462 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

　　　　Defendant STEPHEN McKESSON, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Laurie Farris, hereby stipulate and agree to continue the status conference in the above-captioned case from Friday, April 03, 2009 at 9:00 a.m. to Friday, April 24, 2009 at 9:00 a.m. The continuance is requested to allow the government and the defense to complete resolution of the terms of a settlement. Counsel has been working on the plea agreement to work at the terms of the agreement.

Dated: April 1, 2009　　　　　　　　　　The CHASTAINE LAW OFFICE

　　　　　　　　　　　　　　　　　　　　By: ____/s/ Michael Chastaine
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL CHASTAINE
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Stephen McKesson

Dated: April 1, 2009　　　　　　　　　　LAWRENCE G. BROWN
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　By: ___/s/ Laura Farris
　　　　　　　　　　　　　　　　　　　　　　　Laura Farris
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

1
2                                    <u>ORDER</u>
3       GOOD CAUSE APPEARING, in that it is the stipulation of the parties:
4       IT IS HEREBY ORDERED that the status conference scheduled for April 3, 2009 at 9:00
5  a.m. is continued to April 24, 2009 at 9:00 a.m. and that the period from April 3, 2009 to April
6  24, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.
7  §3161(h)(8)(A).
8
9  Dated: April 2, 2009
10                                           _____
                                              District Judge
11                                            United States District Court