MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
STEPHEN McKESSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:08 CR 462 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING HEARING |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN McKESSON, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant STEPHEN McKESSON, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby stipulate and agree to continue the sentencing in the above-captioned case from Friday, October 9, 2009 at 9:00 a.m. to Friday, November 20, 2009 at 9:00 a.m.  The continuance is requested to allow the defense to prepare objections to the PSR.  The recommendation in the PSR was unexpected and there are numerous objections, both legal and factual that needs to be made both informally and potentially formally.   Additionally, Mr. McKesson is housed in Butte County which has made counsel's ability to meet and confer with him much more difficult and time consuming. The Probation officer, Linda Dillon was been notify of this requested continuance and has no objection.

Dated: September 21, 2009                    The CHASTAINE LAW OFFICE

                                                    By: _____/s/ Michael Chastaine
                                                         MICHAEL CHASTAINE
                                                         Attorney for Stephen McKesson

Dated: September 18, 2009          LAWRENCE G. BROWN
                                          Acting United States Attorney

                                     By: ___/s/ Kyle Reardon
                                          Kyle Reardon
                                          Assistant U.S. Attorney

## ORDER

     GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

     IT IS HEREBY ORDERED that the sentencing hearing scheduled for October 9, 2009 at 9:00 a.m. is continued to November 20, 2009 at 9:00 a.m.

Dated: 9/22/09

_____
GARLAND E. BURRELL, JR.
United States District Judge