MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
STEPHEN McKESSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>STEPHEN McKESSON,<br><br>                Defendant. | Case No.: 2:08 CR 462 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |

     Defendant STEPHEN McKESSON, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby stipulate and agree to continue the sentencing in the above-captioned case from Friday, November 20, 2009 at 9:00 a.m. to Friday, January 15, 20010 at 9:00 a.m.  The continuance is requested to allow the defense to prepare objections to the PSR and to obtain a second independent background investigation and report.  Based upon the facts as I understand them I was expecting a Presentence Report recommendation that was not only in the parameters of the plea agreement but also took into account Mr. McKesson's cooperation, age and other mitigating factors.  I was surprised to see the original draft of the Presentence Report recommend the maximum allowed by law – 40 years; a sentence that is outside the parameters of the plea agreement.

     Although I have spend a considerable amount of time preparing informal objections to try to address the errors and other issues in the report,  I have found that I am just unable to fully address this report without some outside assistance.  I have

requested authorization (which is pending as of the writing of this proposed stipulation) for an independent investigation and report be prepared by Mr. Robert Storey to provide the Court with a more objective view of Mr. McKesson's conduct.  Additionally, Mr. McKesson is housed in Butte County which has made counsel's ability to meet and confer with him much more difficult and time consuming. The Probation officer, Linda Dillon was been notify of this requested continuance and has no objection.

Dated: October 21, 2009				The CHASTAINE LAW OFFICE

						By:  ____/s/ Michael Chastaine
						       MICHAEL CHASTAINE
						       Attorney for Stephen McKesson

Dated: October 21, 2009				LAWRENCE G. BROWN
						Acting United States Attorney

						By:  ___/s/ Kyle Reardon
						       Kyle Reardon
						       Assistant U.S. Attorney


#### ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for November 20, 2009 at 9:00 a.m. is continued to January 15, 2010 at 9:00 a.m. and that the period from November 20, 2009 to January 15, 2010 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Further, it is ordered that informal objections be filed no later then December 7, 2009, PSR due to counsel and court no later then December 21, 2009, Formal objection to be filed no later then January 4, 2010

Dated: 10/22/09

						_____
						GARLAND E. BURRELL, JR.
						United States District Judge