```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   ) 2:08-CR-00462 GEB
                                )
12          Plaintiff,          ) STIPULATION AND [PROPOSED]
                                ) ORDER CONTINUING JUDGMENT AND
13      v.                      ) SENTENCING
                                )
14  STEPHEN McKESSON,           ) Time: 9:00 am
                                ) Date: Friday, January 15, 2010
15          Defendant.          ) Court: Hon. Garland E. Burrell
                                )
16
17
         The parties request that the Judgment and Sentencing
18
    currently set for Friday, January 15, 2010, be continued to
19
    Friday, February 12, 2010.  The additional time is necessary in
20
    order to permit the government to review the final Presentence
21
    Report, file objections to the report, and prepare and file a
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28
```

1

sentencing memorandum.  The parties also need time to investigate additional issues relevant to sentencing.

                                          Respectfully Submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: January 14, 2010     By:   */s/ Kyle Reardon*
                                            KYLE REARDON
                                            Assistant U.S. Attorney

DATED: January 14, 2010     By:   */s/ Kyle Reardon* for
                                            MICHAEL CHASTAINE
                                            Attorney for the Defendant

## **ORDER**

    IT IS HEREBY ORDERED that the judgment and sentencing scheduled for Friday, January 15, 2010 at 9:00 a.m., is continued to Friday, February 12, 2010 at 9:00 a.m.

    IT IS SO ORDERED.

Dated:   January 20, 2010

                                    GARLAND E. BURRELL, JR.
                                    United States District Judge