Philip Cozens SBN# 84051
1007 Seventh Street, Suite 500
Sacramento, CA  95814
Telephone:  (916) 443-1504
Fax:  (916) 443-1511
Email:  pcozens@aol.com

Attorney for Defendant
SIERRA RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-0426 GEB |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| SIERRA RODRIGUEZ, | |
| Defendant | |
| UNITED STATES OF AMERICA, | Case No.: 2:08 CR 0462 GEB |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| STEPHEN McKESSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by Defendant Sierra Rodriguez, by and through her attorney, Philip Cozens, and by Assistant United States Attorney Kyle Reardon, that the pre-trial conditions be amended to omit the drug testing requirement for defendant Sierra Rodriguez. Defendant's Pre-Trial Services Officer, Renee Basurto, also agrees and stipulates that defendant Sierra Rodriguez should no longer be required to submit to the drug testing requirement.

STIPULATION AND ORDER – RODRIGUEZ  - 1

1  Dated: January 21, 2010                    By:      /s/ Philip Cozens
2                                             Philip Cozens
                                              Attorney for Sierra Rodriguez
3

4

5  Dated: January 21, 2010                    LAURENCE BROWN
                                              United States Attorney
6                                             By:      /s/ Kyle Reardon
                                              Kyle Reardon
7                                             Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: January 21, 2010                       _____
                                              GARLAND E. BURRELL, JR.
                                              United States District Judge