IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Respondent,<br><br>　　v.<br><br>STEPHEN MCKESSON,<br><br>　　　　Movant. | CASE NO.  2:08-CR-00462 GEB AC<br><br>[PROPOSED]<br>ORDER |

　　Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Respondent has requested an extension of time to respond to the motion.

　　Good cause appearing, it is ORDERED that respondent's request (ECF No. 69) is granted.  The government's opposition brief shall be filed no later than May 18, 2014, and movant's reply, if any, shall be filed no later than June 18, 2014.

Dated:  April 23, 2014

　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　ALISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1