UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Respondent,<br>v.<br>STEPHEN McKESSON,<br>Movant. | No. 2:08-cr-0462 GEB AC P<br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 4, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Movant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Case 2:08-cr-00462-GEB-AC   Document 81   Filed 05/28/15   Page 2 of 2

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed May 4, 2015, are adopted in full;

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 4, 2015, are adopted in full;

2. Respondent's motion to dismiss, ECF No. 73, is granted;

3. Movant's motion to set aside, vacate or correct his sentence under 28 U.S.C. § 2255, ECF No. 66, is dismissed as time-barred;

4. The Clerk of the Court is directed to close the companion civil case, No. 2:14-cv-0619 GEB AC; and

5. This court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  May 28, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge