UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>STEPHEN MCKESSON,<br><br>Movant. | No.  2:08-cr-0462 KJM AC<br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion correct his sentence pursuant to 18 U.S.C. § 3742.  Respondent shall file a response within thirty days of the service of this motion.  Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion.  Movant's reply, if any, is due on or before thirty days from the date respondent's response is filed.

The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion (ECF No. 87), on the United States Attorney or his authorized representative.

DATED: January 11, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1