UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-0462 KJM AC |
| Respondent, | |
| v. | ORDER |
| STEPHEN MCKESSON, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, filed a motion to correct his sentence under 18 U.S.C. § 3742. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 10, 2024, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 98. Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 98) are adopted in full;

2. Movant's motion to dismiss (ECF No. 96) is GRANTED;

3. The motion to correct sentence pursuant to 18 U.S.C. § 3742 (ECF No. 87) is DISMISSED; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: September 16, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE